**Electronically Filed
Supreme Court
SCPW-12-0000565
03-AUG-2012
09:28 AM**

NO. SCPW-12-0000565

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL TIERNEY, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. No. 12-1-0011)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Kim, assigned by reason of vacancy)

Upon consideration of Petitioner Michael Tierney's

Motion for Reconsideration filed on July 16, 2012, the papers in

support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for

reconsideration is denied.

DATED: Honolulu, Hawaiʻi, August 3, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Glenn J. Kim

